IN THE 15th JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA
SMALL CLAIMS DIVISION

ELIZABETH BAIRD,

    Plaintiff,                                 CASE NO.

vs.

FINANCIAL CORPORATION OF AMERICA

    Defendant.
_____/

## COMPLAINT

Plaintiff, Elizabeth Baird ("Plaintiff"), files this lawsuit against Defendant, Financial Corporation of America ("Defendant"), and alleges the following.

1. This is an action for damages arising from Defendant's violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

2. The FDCPA was enacted "to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses." 15 U.S.C. § 1692(e).

## PARTIES

3. Plaintiff is an individual residing in Palm Beach County, Florida. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

4. Defendant is a collection agency with a principal place of business in Austin, Texas, and regularly performs debt collection in Florida, including its dealings with Plaintiff in Palm Beach County, Florida, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

5. Jurisdiction and venue are conferred by 15 U.S.C. § 1692i.

-1-

## STATEMENT OF FACTUAL ALLEGATIONS

6. Plaintiff incurred a debt associated with personal medical services.

7. The debt that Plaintiff incurred was a consumer debt as defined by 15 U.S.C. § 1692a(5), as it was for medical services and was secured and used primarily for personal, family, and/or household services.

8. On July 21, 2014, Defendant sent Plaintiff its initial "dunning" letter under 15 U.S.C. § 1692g in an attempt to collect the subject debt (attached as Exhibit A).

9. On August 12, 2014, Plaintiff sent Defendant a letter in which Plaintiff disputed the subject debt and requested verification of the subject debt from Defendant (attached as Exhibit B.)

10. On August 25, 2014, without responding to Plaintiff's dispute letter or providing verification, Defendant sent Plaintiff a second letter in an attempt to collect a debt from Plaintiff (attached as Exhibit C).

11. The August 25, 2014 collection letter violates 15 U.S.C. § 1692g(b) because Defendant failed to cease collection efforts until the subject debt was validated.

## COUNT I

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. 1692 § *et seq.*

12. Plaintiff incorporates by reference paragraphs 1 through 11 of this Complaint as though stated fully herein.

13. The foregoing acts and omissions of Defendant constitute a violation of 15 U.S.C. § 1692g(b).

14. As a result of Defendant's violation of the FDCPA, pursuant to 15 U.S.C. § 1692k, Plaintiff is entitled to statutory damages in an amount up to $1,000.00, plus reasonable attorneys' fees and costs.

WHEREFORE Plaintiff demands judgment for statutory damages, attorneys' fees, costs, and such further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Date: 9/24/14

DISPARTI FOWKES & HASANBASIC, P.A.

Jon Dubbeld, Esq.
Fla. Bar No. 105869
Jdubbeld@dispartilaw.com
Ryan C. Hasanbasic, Esq.
Fla. Bar No. 044119
Paul R. Fowkes, Esq.
Fla. Bar No. 723886
1041 U.S. Highway 19
Holiday, Florida 34691
*Attorneys for Plaintiffs*
727-934-7862 (Phone)
877-554-2766 (Fax)

# EXHIBIT A



**FINANCIAL CORPORATION OF AMERICA**

Receivables Management Collection Services.
12515 Research Blvd, Bldg 2, Suite 100, Austin, TX 78759
P.O. Box 203500 Austin, TX 78720-3500
FOR INQUIRIES PLEASE CALL TOLL FREE: 1-800-880-8282
LOCAL: 512-719-7550
OFFICE HOURS 8am - 9pm Central Time Mon - Thursday
8am - 7pm Central Time Friday / 8am - 3pm Central Time Saturday

July 21, 2014

Elizabeth Baird
310 Main Blvd Apt A
Boynton Beach, FL 33435-6664

**ACCOUNT IDENTIFICATION**
Re: Inpatient Consultants Of Fl
Account Number   : 3736621
Patient Name     : Elizabeth Baird
Date of Service  : 02-07-14
Balance Due      : $1,312.00

Responsible Party: Elizabeth Baird

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from current creditor.

*** Contact our office at one of the phone numbers listed above.***

Si necesita ayuda para traducir o leer esta notificación, por favor llamenos inmediatamente para asistirlo en espanol.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic funds transfer from your account. In certain circumstances, such as for technical or processing reasons, we may process your payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

PAY ELECTRONICALLY AT www.billpayfcoa.virtualcollector.net OR DETACH AND RETURN WITH PAYMENT
For Electronic payments or Credit Card by mail please add service charge of $7.50

P.O. Box 203600
Austin, TX 78720-3600

Change Service Requested

PERSONAL & CONFIDENTIAL
#BWNLPFL
#0672 0003 0413 5715#

Elizabeth Baird
310 Main Blvd Apt A
Boynton Beach, FL 33435-6664

Account Number  : 3736621
Balance Due     : $1,312.00
METHOD OF PAYMENT   Amt: $ _____
☐ Visa   ☐ M/C   ☐ Discover   ☐ AMEX
Credit Card #: _____
Exp. Date: ___ / ___ / ___
Cardholder: _____
Signature: _____
3 or 4 digit security code: _____

31030178-FL2

FL2
Financial Corporation of America
P.O. Box 203500
Austin, TX 78720-3500

# EXHIBIT B

Elizabeth Baird
310 Main Blvd Apt A
Boynton Beach, FL 33435-6664

August 12, 2014

Financial Corporation of America
PO Box 203500
Austin, TX 78720-3500

    Re:    Your Account #3736621
            Balance on Collection Letter: $1,312.00

To Whom it May Concern:

    I dispute this debt. Please send me verification from the original creditor that proves I owe what you say I owe.

                                                        Sincerely,

                                                          Elizabeth Baird



Financial Corporation of America
PO Box 203500
Austin, TX 78720-3500

Elizabeth Baird
310 Main Blvd Apt A
Boynton Beach, FL 33435-6664

# EXHIBIT C



**FINANCIAL CORPORATION OF AMERICA**

Receivables Management. Collection Services.

12515 Research Blvd, Bldg 2, Suite 100, Austin, TX 78759
P.O. Box 203500 Austin, TX 78720-3500
FOR INQUIRIES PLEASE CALL TOLL FREE: 1-800-880-8282
LOCAL: 512-719-7550
OFFICE HOURS 8am - 9pm Central Time Mon - Thursday
8am - 7pm Central Time Friday / 8am - 3pm Central Time Saturday

August 25, 2014

Elizabeth Baird
310 Main Blvd Apt A
Boynton Beach, FL 33435-6664

**ACCOUNT IDENTIFICATION**
Re: Inpatient Consultants Of Fl
Account Number: 3736621
Patient Name: Elizabeth Baird
Date of Service: 02-07-14
Balance Due: $1,312.00

Responsible Party: Elizabeth Baird

Our records indicate that you have not paid your bill despite previous requests. Your balance is now seriously past due. We request that you resolve your account in a responsible and timely manner. Remit your payment in full. We accept cash, check, money orders and major credit cards. If assistance is needed, please contact a representative at one of the numbers listed above.

If payment has been made, please contact this office.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic funds transfer from your account. In certain circumstances, such as for technical or processing reasons, we may process your payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

PAY ELECTRONICALLY AT www.billpayfcoa.virtualcollector.net OR DETACH AND RETURN WITH PAYMENT
For Electronic payments or Credit Card by mail please add service charge of $7.50

P.O. Box 203600
Austin, TX 78720-3600

Change Service Requested

PERSONAL & CONFIDENTIAL
#BWNLPFL
#0672 0000 0346 3475#
Elizabeth Baird
310 Main Blvd Apt A
Boynton Beach, FL 33435-6664

Account Number  : 3736621
Balance Due     : $1,312.00
METHOD OF PAYMENT  Amt: $ _____
☐ Visa  ☐ M/C  ☐ Am Exp.  ☐ Discover
Credit Card #: _____
Exp. Date: _____ / _____ / _____
Cardholder: _____
Signature: _____
3 or 4 digit security code: _____

31030178-FL2

FL2
Financial Corporation of America
P.O. Box 203500
Austin, TX 78720-3500