IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:14-cv-81303-DMM

ELIZABETH BAIRD,

    Plaintiff,

v.

FINANCIAL CORPORATION OF AMERICA,

    Defendant.
_____/

## ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND

COMES NOW, Defendant FINANCIAL CORPORATION OF AMERICA ("Defendant"), by and through its undersigned counsel, and hereby responds to Plaintiff's Complaint as follows:

1. Admitted that Plaintiff seeks relief under the named statute but denied that Plaintiff is entitled to any relief thereunder.

2. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

3. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

4. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

5. Admitted for jurisdictional purposes only. Otherwise, denied.

6. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

7. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

8. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

9. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

10. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

11. Denied.

12. Defendant reasserts its responses to paragraphs 1 through 11 of Plaintiff's Complaint as stated above.

13. Denied.

14. Denied.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff has suffered no damages as a result of any acts or omissions of Defendant.

## SECOND AFFIRMATIVE DEFENSE

Defendants assert, without admitting any liability whatsoever, that any violation of federal law was unintentional and the result of a bona fide error, notwithstanding reasonable procedures in place to prevent such errors.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief may be granted.

## JURY DEMAND

Defendant hereby demands a trial by jury on all issues so triable.

                                Respectfully submitted by:

                                /s/ Dale T. Golden
                                DALE T. GOLDEN, ESQ.
                                Florida Bar No.: 0094080
                                /s/ Benjamin W. Raslavich
                                **BENJAMIN W. RASLAVICH, ESQ.**
                                Florida Bar No.: 0102808
                                **GOLDEN SCAZ GAGAIN, PLLC**
                                201 North Armenia Avenue
                                Tampa, Florida 33609-2303
                                Phone: (813) 251-5500
                                Fax: (813) 251-3675
                                dgolden@gsgfirm.com
                                braslavich@gsgfirm.com
                                Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                /s/ Benjamin W. Raslavich
                                **BENJAMIN W. RASLAVICH, ESQ.**
                                Florida Bar No.: 0102808